UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-5609**

Case Title: **Jane Doe 1 et al.** vs. **Thornbury et al.**

List all clients you represent in this appeal:

**JANE DOE 1; JOHN DOE 1; JOHN MINOR DOE 1; JOHN DOE 2; JOHN MINOR DOE 2; JANE DOE 3; JOHN DOE 3; JANE MINOR DOE 3; JANE DOE 4; JOHN DOE 4; JANE MINOR DOE 4; JANE DOE 5; JOHN DOE 5; JOHN MINOR DOE 5; JANE DOE 6; JOHN DOE 6; JANE MINOR DOE 6; JANE DOE 7; JOHN DOE 7; JANE MINOR DOE 7**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Heather Gatnarek**   Signature: s/ **Heather Gatnarek**

Firm Name: **ACLU of Kentucky Foundation**

Business Address: **325 W. Main St. Suite 2210**

City/State/Zip: **Louisville, KY 40202**

Telephone Number (Area Code): **(502) 581-9746**

Email Address: **heather@aclu-ky.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---