UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-5609**

Case Title: **Doe 1, et al.**  vs. **Thornbury, et al.**

List all clients you represent in this appeal:

**All plaintiffs/appellees (Jane/John Does 1-7, Jane/John Minor Does 1-7 )**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Stephanie Schuster**   Signature: s/ **Stephanie Schuster**

Firm Name: **Morgan, Lewis & Bockius LLP**

Business Address: **1111 Pennsylvania Avenuw NW**

City/State/Zip: **Washington, DC 20004**

Telephone Number (Area Code): **202.373.6595**

Email Address: **stephanie.schuster@morganlewis.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---