UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5609**

Case Title: **Jane Doe 1, et al** vs. **William Thornbury, Jr., et al**

List all clients you represent in this appeal:

**The Commonwealth of Kentucky ex rel. Attorney General Daniel Cameron**

☑ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent    ☐ Intervenor                    (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Victor B. Maddox**    Signature: s/ **Victor B. Maddox**

Firm Name: **Office of Kentucky Attorney General**

Business Address: **700 Capital Avenue, Suite 118**

City/State/Zip: **Frankfort, Kentucky 40601**

Telephone Number (Area Code): **(502) 696-5300**

Email Address: **victor.maddox@ky.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |