# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
## CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __**23-5609**__          Case Manager: __**Anthony Milton**__

Case Name: __**Jane Doe 1, et al. v. William Thornbury, Jr., et al.**__

Is this case a cross appeal?   ☐ Yes   ☑ No
Has this case or a related one been before this court previously?   ☐ Yes  ☑ No
If yes, state:
　Case Name: _____ Citation: _____
　Was that case mediated through the court's program?   ☐ Yes  ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

---

**Parties Against Whom the Appeal is Being Taken:**

Jane Doe 1; John Doe 1; John Minor Doe 1, by and through his next friend, Jane Doe 1; John Doe 2; John Minor Doe 2, by and through his next friend, John Doe 2; Jane Doe 3; John Doe 3; Jane Minor Doe 3, by and through her next friend, Jane Doe 3; Jane Doe 4; John Doe 4; Jane Minor Doe 4, by and through her next friend, Jane Doe 4; Jane Doe 5; John Doe 5; John Minor Doe 5, by and through his next friend, Jane Doe 5; Jane Doe 6; John Doe 6; Jane Minor Doe 6, by and through her next friend, Jane Doe 6; Jane Doe 7; John Doe 7; Jane Minor Doe 7, by and through her next friend, Jane Doe 7; William C. Thornbury, Jr., MD, in his official capacity as the President of the Kentucky Board of Medical Licensure; Audria Denker, RN, in her official capacity as the President of the Kentucky Board of Nursing; and Eric Friedlander, in his official capacity as the Secretary of the Cabinet for Health and Family Services.

**Issues:**

1. Whether the district court properly granted the plaintiffs' motion for a preliminary injunction;
2. Whether the plaintiffs are likely to succeed on their challenge to Sections 4(2)(a)-(b) of SB 150;
3. Whether the plaintiffs will suffer irreparable harm absent a preliminary injunction;
4. Whether the preliminary injunction harms other parties, including the Commonwealth;
5. Whether the public interest favors the preliminary injunction; and
6. Whether the scope of the preliminary injunction is too broad.

---

**This is to certify that a copy of this statement was served on opposing counsel of record this __13__ day of**

_____ __**July**__ , __**2023**__ .          __**Alexander Y. Magera**__
　　　　　　　　　　　　　　　　　　　　　　　　Name of Counsel for Appellant