**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 19, 2023

Ms. Heather Lynn Becker
Office of the Attorney General
of Kentucky
700 Capitol Avenue
Suite 118
Frankfort, KY 40601

Ms. Amanda J. Ford
Morgan, Lewis & Bockius
One Federal Street
Boston, MA 02110

Ms. Crystal Fryman
ACLU of Kentucky
325 W. Main Street
Suite 2210
Louisville, KY 40202

Ms. Heather Lynn Gatnarek
ACLU of Kentucky
325 W. Main Street
Suite 2210
Louisville, KY 40202

Mr. Matthew Franklin Kuhn
Office of the Attorney General
of Kentucky
700 Capitol Avenue
Suite 118
Frankfort, KY 40601

Mr. Victor B. Maddox
Office of the Attorney General
of Kentucky
700 Capitol Avenue
Suite 118
Frankfort, KY 40601

Mr. Alexander Y. Magera
Office of the Attorney General
of Kentucky
700 Capitol Avenue
Suite 118
Frankfort, KY 40601

Ms. Stephanie Schuster
Morgan, Lewis & Bockius
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Mr. Corey M. Shapiro
ACLU of Kentucky
325 W. Main Street
Suite 2210
Louisville, KY 40202

Mr. Jeremy Joseph Sylvester
Office of the Attorney General
of Kentucky
700 Capitol Avenue
Suite 118
Frankfort, KY 40601

Ms. Amy E Whelan
National Center for Lesbian Rights
870 Market Street
Suite 370
San Francisco, CA 94102

> Re:  Case No. 23-5609, *Jane Doe 1, et al v. William Thornbury, Jr., et al*
>      Originating Case No. : 3:23-cv-00230

Dear Counsel,

   The appellees in the above styled case have filed a motion stay district court order.

   A response to the motion must be filed with the Clerk's Office by **12:00 p.m. ET on Friday, July 21, 2023**. The appellees reply must be filed with the Clerk's Office by **12:00 p.m. ET on Monday, July 24, 2023**.

Your immediate attention to this matter is appreciated.

           Sincerely yours,

           s/C. Anthony Milton
           Case Manager
           Direct Dial No. 513-564-7026

cc:  Mr. Alexander Barrett Bowdre
      Mr. Edmund Gerard LaCour Jr.
      Mr. Jonathan F. Mitchell