UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5609**

Case Title: **Doe 1 et al.** vs. **Thornbury et al.**

List all clients you represent in this appeal:

**Family Research Council**

☐ Appellant        ☐ Petitioner        ☒ Amicus Curiae        ☐ Criminal Justice Act
☐ Appellee         ☐ Respondent        ☐ Intervenor                   (Appointed)

☐ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Christopher Mills**         Signature: s/ **Christopher Mills**

Firm Name: **Spero Law LLC**

Business Address: **557 East Bay St. #22251**

City/State/Zip: **Charleston, SC 29413**

Telephone Number (Area Code): **(843) 606-0640**

Email Address: **cmills@spero.law**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.