**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  August 8, 2023

<u>**Notice of Argument by Video Conference at**</u>
<u>**3:30 p.m. (Eastern Time) on Friday, September 1, 2023**</u>

Ms. Crystal Fryman
ACLU of Kentucky
325 W. Main Street, Suite 2210
Louisville, KY 40202

Mr. Matthew Franklin Kuhn
Office of the Attorney General of Kentucky
700 Capitol Avenue, Suite 118
Frankfort, KY 40601

Ms. Stephanie Schuster
Morgan, Lewis & Bockius
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Re:  No. 23-5609, *Jane Doe 1, et al v. William Thornbury, Jr., et al*

Dear Counsel:

This case is scheduled for argument by video conference at **3:30 p.m. (Eastern Time) on Friday, September 1, 2023** before a three-judge panel of the Sixth Circuit Court of Appeals.  You must be available for argument from **3:00 p.m. through 5:30 p.m.**, even if your argument is not first on the Court's docket.  <span style="color:red">**This will be the second case on the docket by video and will follow case no. 23-5600.**</span>  In addition, please note the following:

- Approximately one to two days prior to the argument date, you will be provided specific video conference information;
- The time allotted for oral argument is limited to 15 minutes per side;
- You may learn the names of the judges sitting on the panel by checking the Court's calendar when it is posted on the Sixth Circuit's website at www.ca6.uscourts.gov two weeks prior to argument.

    **If you are the attorney who will present argument in this case, download the *Argument Acknowledgment form* from the website and file it electronically with the Clerk's office by August 14, 2023**.

    Counsel is strongly discouraged from seeking continuances of oral argument as they are granted only in exceptional circumstances.  If counsel is seeking a continuance or waiver of oral argument, a motion should be filed as soon as possible.  Please note that the filing of a motion for a continuance or to waive argument does not guarantee a ruling prior to the scheduled argument.

                      Sincerely yours,

                      s/Jeanine R. Hance
                      Calendar Deputy

cc:  Mr. Alexander Barrett Bowdre
     Ms. Heather Lynn Gatnarek
     Mr. Edmund Gerard LaCour Jr.
     Mr. Victor B. Maddox
     Mr. Alexander Y. Magera
     Mr. Christopher Ernest Mills
     Mr. Jonathan F. Mitchell
     Mr. Andrew M. Nussbaum
     Mr. Corey M. Shapiro