## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: August 14, 2023

Mr. Matthew Franklin Kuhn  
Office of the Attorney General  
of Kentucky  
700 Capitol Avenue  
Suite 118  
Frankfort, KY 40601

Re: Case No. 23-5609, *Jane Doe 1, et al v. William Thornbury, Jr., et al*  
Originating Case No.: 3:23-cv-00230

Dear Mr. Kuhn,

This is to advise that the court directs you to file a response to the petition for rehearing en banc in the above case.

Your response, not to exceed 3900 words, must be filed not later than the close of business on Monday, **August 28, 2023**.

Please note that no extensions will be granted.

Sincerely yours,

s/Beverly L. Harris  
En Banc Coordinator  
Direct Dial No. 513-564-7077

cc: Mr. Z. Gabriel Arkles  
 Mr. Jonathan Backer  
 Mr. Carmine D. Boccuzzi Jr.  
 Mr. Alexander Barrett Bowdre  
 Ms. Allison Caramico  
 Mr. JD Colavecchio

Mr. Andrew Rhys Davies
Mr. Sydney Duncan
Ms. Crystal Fryman
Mr. Benjamin Andrew Gastel
Ms. Heather Lynn Gatnarek
Mr. Seran Gee
Ms. Lindsay Harris
Ms. Kathleen R. Hartnett
Ms. Zoe Helstrom
Ms. Tricia R. Herzfeld
Mr. William Isasi
Ms. Katelyn Kang
Mr. Edmund Gerard LaCour Jr.
Mr. Cortlin Hall Lannin
Mr. Chasel Lee
Mr. Victor B. Maddox
Mr. Alexander Y. Magera
Mr. Christopher Ernest Mills
Mr. Jonathan F. Mitchell
Ms. Emily Mondry
Ms. Yuval Mor
Mr. Kevin Paul Muench
Mr. Andrew M. Nussbaum
Ms. Elizabeth Reinhardt
Ms. Anna Rich
Ms. Bonnie I. Robin-Vergeer
Mr. Eli Savit
Ms. Stephanie Schuster
Ms. Barbara Schwabauer
Mr. Corey M. Shapiro
Ms. Jocelyn Ann Sitton
Mr. Adam G. Unikowsky
Ms. Julie Veroff
Ms. Jean Veta
Mr. Howard S. Zelbo