No. 23-5609

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Sep 12, 2023
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| JANE DOE 1, ET AL., | ) |
|    Plaintiffs-Appellees, | ) |
| v. | )    O R D E R |
| WILLIAM C. THORNBURY, JR., MD, IN HIS OFFICIAL CAPACITY AS THE PRESIDENT OF THE KENTUCKY BOARD OF MEDICAL LICENSURE, ET AL., | ) |
|    Defendants, | ) |
| COMMONWEALTH OF KENTUCKY EX REL. ATTORNEY GENERAL DANIEL CAMERON, | ) |
|    Intervenor-Appellant. | ) |

**BEFORE:** SUTTON, Chief Judge; WHITE and THAPAR, Circuit Judges.

The court received a petition for rehearing en banc. The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the case. The petition then was circulated to the full court. No judge has requested a vote on the suggestion for rehearing en banc.

Therefore, the petition is denied. Judge White would grant rehearing for the reasons stated in her dissent.

ENTERED BY ORDER OF THE COURT

**Deborah S. Hunt, Clerk**