# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: October 20, 2023

Mr. James J. Vilt Jr.  
Western District of Kentucky at Louisville  
601 W. Broadway  
Suite 106 Gene Snyder U.S. Courthouse  
Louisville, KY 40202-2249

          Re:  Case No. 23-5609, *Jane Doe 1, et al v. William Thornbury, Jr., et al*  
                Originating Case No. : 3:23-cv-00230

Dear Mr. Vilt,

    Enclosed is a copy of the mandate filed in this case.

                                                          Sincerely yours,

                                                          s/Mackenzie A. Collett  
                                                            For Anthony Milton

cc:  Mr. Z. Gabriel Arkles  
      Mr. Jonathan Backer  
      Mr. Carmine D. Boccuzzi Jr.  
      Mr. Alexander Barrett Bowdre  
      Ms. Allison Caramico  
      Mr. JD Colavecchio  
      Mr. Andrew Rhys Davies  
      Ms. Sydney Duncan  
      Ms. Crystal Fryman  
      Mr. Benjamin Andrew Gastel

Ms. Heather Lynn Gatnarek
Mr. Seran Gee
Ms. Lindsay Harris
Ms. Kathleen R. Hartnett
Ms. Zoe Helstrom
Ms. Tricia R. Herzfeld
Mr. William Isasi
Ms. Katelyn Kang
Mr. Matthew Franklin Kuhn
Mr. Edmund Gerard LaCour Jr.
Mr. Cortlin Hall Lannin
Mr. Chasel Lee
Mr. Victor B. Maddox
Mr. Alexander Y. Magera
Mr. Christopher Ernest Mills
Mr. Shannon Price Minter
Mr. Jonathan F. Mitchell
Ms. Emily Mondry
Ms. Yuval Mor
Mr. Kevin Paul Muench
Mr. Andrew M. Nussbaum
Ms. Elizabeth Reinhardt
Ms. Anna Rich
Ms. Bonnie I. Robin-Vergeer
Mr. Eli Savit
Ms. Stephanie Schuster
Ms. Barbara Schwabauer
Mr. Corey M. Shapiro
Ms. Jocelyn Ann Sitton
Mr. Christopher F. Stoll
Mr. Adam G. Unikowsky
Ms. Julie Veroff
Ms. Jean Veta
Mr. Howard S. Zelbo

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 23-5609

_____

Filed: October 20, 2023

JANE DOE 1; JOHN DOE 1; JOHN MINOR DOE 1, by and through his next friend, Jane Doe 1; JOHN DOE 2; JOHN MINOR DOE 2, by and through his next friend, John Doe 2; JANE DOE 3; JOHN DOE 3; JANE MINOR DOE 3, by and through her next friend, Jane Doe 3; JANE DOE 4; JOHN DOE 4; JANE MINOR DOE 4, by and through her next friend, Jane Doe 4; JANE DOE 5; JOHN DOE 5; JOHN MINOR DOE 5, by and through his next friend, Jane Doe 5; JANE DOE 6; JOHN DOE 6; JANE MINOR DOE 6, by and through her next friend, Jane Doe 6; JANE DOE 7; JOHN DOE 7; JANE MINOR DOE 7, by and through her next friend, Jane Doe 7

   Plaintiffs - Appellees

v.

WILLIAM C. THORNBURY, JR., MD, in his official capacity as the President of the Kentucky Board of Medical Licensure, et al.

   Defendants

and

COMMONWEALTH OF KENTUCKY EX REL. ATTORNEY GENERAL DANIEL CAMERON

   Intervenor - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 09/28/2023 the mandate for this case hereby issues today.

COSTS:  None